Opinion issued December 5, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00713-CV

_____

**SYNITHIA D. HARVEY AND GOD DID IT ENTERPRISES CORP. A/K/A GDI ENTERPRISES, Appellants**

**V.**

**THE VILLAGE LIFE CENTER TEXAS, LLC, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-29484**

---

## MEMORANDUM OPINION

This is an appeal from a Final Judgment signed on July 3, 2024, Final Judgment Nunc Pro Tunc signed on August 22, 2024, and Order Denying [Appellants'] Omnibus Post-Verdict Motions signed on August 19, 2024.

The parties have filed a Joint Motion to Set Aside Judgment and Remand ("Joint Motion") in this Court requesting we "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for entry of a judgment in accordance with the parties' agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B) (authorizing such relief); *Stampede TX Energy, LLC v. Bridgetex Pipeline Co.*, No. 01-18-00113-CV, 2019 WL 758003, at *1 (Tex. App.—Houston [1st Dist.] Feb. 21, 2019, no pet.) (mem. op.) (granting joint motion to dismiss appeal, setting aside trial court's judgment without regard to merits, and remanding to trial court for rendition of judgment); *Correct Checks, Inc. v. Carew*, No. 01-12-00128-CV, 2012 WL 2159365, at *1 (Tex. App.—Houston [1st Dist.] June 14, 2012, no pet.) (mem. op.) (same). The parties assert that "[u]pon remand, []Appellee will take a non-suit, resulting in a judgment of dismissal." No opinion has issued in this appeal. *See* TEX. R. APP. P. 42.1(c).

We grant the parties' Joint Motion. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for entry of a judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(f).

We lift the stay issued on November 14, 2024, and deny any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.